GARY M. RESTAINO
United States Attorney
District of Arizona
TIMOTHY COURCHAINE
Arizona State Bar No. 033142
WILLIAM H. BRYAN III
Florida State Bar No. 0045012
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Timothy.Courchaine@usdoj.gov
Email: William.Bryan@usdoj.gov
Attorneys for Plaintiff

X FILED          ___ LODGED
___ RECEIVED     ___ COPY

OCT 1 0 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-23-1404-PHX-DJH (DMF) |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 21 U.S.C. § 846 (Conspiracy to Distribute Cocaine) Count 1 |
| 1. Saul Antonio Merino-Gonzalez, | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II) (Possession with Intent to Distribute Cocaine) Count 2 |
| 2. Leonardo Franco, | |
| Defendants. | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (Felon in Possession of a Firearm) Count 3 |
| | 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

From on or about September 12, 2023, through on or about September 13, 2023, in the District of Arizona and elsewhere, the defendants, SAUL ANTONIO MERINO-

GONZALEZ and LEONARDO FRANCO, did knowingly and intentionally combine, conspire, confederate and agree together and with persons known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about September 12, 2023, in the District of Arizona, the defendant, SAUL ANTONIO MERINO-GONZALEZ, did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II).

## COUNT 3

On or about the September 12, 2023, in the District of Arizona, the defendant, SAUL ANTONIO MERINO-GONZALEZ, did possess, in and affecting interstate commerce, a firearm, that is, a black 9-millimeter Glock 17 semiautomatic pistol bearing serial number BUGA008. The defendant, SAUL ANTONIO MERINO-GONZALEZ, knowingly possessed the firearm, knowing he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 through 3 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and

upon conviction of one or more of the offenses alleged in Counts 1 through 3 of this Indictment, the defendant(s) shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1)    cannot be located upon the exercise of due diligence,

(2)    has been transferred or sold to, or deposited with, a third party,

(3)    has been placed beyond the jurisdiction of the court,

(4)    has been substantially diminished in value, or

(5)    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

//

//

//

//

//

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date:  October 10, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
TIMOTHY COURCHAINE
WILLIAM H. BRYAN III
Assistant U.S. Attorneys